```
                                                    FILED ___/__ O.C.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE                       03 DEC -5 PM 2:39
WESTERN DIVISION
                                                    ROBERT R. DI TROLIO
                                                    CLERK, U.S. DIST. CT.
                                                    W/D OF TN, MEMPHIS
```

United States of America

    Plaintiff,

VS.                                  Civil No. 03-2594-D/V
                                Criminal No. 00-20102-D

David Arlon Simpson a/k/a
Arlon David Simpson

    Defendant.

## JUDGMENT IN CIVIL CASE

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the provisions as set forth in the Order Denying Motion Pursuant to 28 U.S.C. § 2255, Order Denying Certificate of Appealability and Order Certifying Appeal Not Taken In Good Faith, entered December 3, 2003, this case is hereby DISMISSED.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

December 5, 2003
Date

ROBERT R. DI TROLIO
Clerk

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-5-03



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:03-CV-02594 was distributed by fax, mail, or direct printing on December 5, 2003 to the parties listed.

David Arlan Simpson
17463-076
P.O. Box 9000
Forest City, AR 72336

Diane Vescovo
U.S. District Judge
167 N. Main St., Rm 341
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT